■ DOMINICK R. NICOTERA, Appellant, v ELMCREST CHILDREN'S CENTER, INC., Respondent. [610 NYS2d 919] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Pooler, J. (Appeal from Order of Supreme Court, Onondaga County, Pooler, J.—Dismiss Complaint.) Present—Denman, P. J., Green, Lawton, Callahan and Doerr, JJ.